Marvin J. Brauth, Esq. (I.D. No. MB7674)
James E. Tonrey, Esq. (I.D. No. JT0961)
WILENTZ, GOLDMAN & SPITZER, P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
732.636.8000
Attorneys for Defendant, Plainfield Tobacco and Candy Co., Inc.
  d/b/a Resnick Distributors

## U.S. DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMSTERDAM TOBACCO CO., INC., DONOHUE CANDY AND TOBACCO CO., INC., KINGSTON CANDY & TOBACCO CO., INC., MOUNTAIN CANDY & CIGAR CO., INC. and SUNRISE CANDY & TOBACCO CORP., <br><br> Plaintiffs, <br><br>v. <br><br> HAROLD E. LEVINSON ASSOCIATES, LLC, CORE-MARK MIDCONTINENT, INC., MCLANE/EASTERN, INC., MCLANE/MIDWEST, INC., PLAINFIELD TOBACCO AND CANDY CO., INC. d/b/a RESNICK DISTRIBUTORS, and CONSUMER PRODUCT DISTRIBUTORS, INC. d/b/a J. POLEP DISTRIBUTION SERVICES, <br><br> Defendants. | Docket No. 1:18-CV-01432 (KAM) (VMS) <br><br> Civil Action <br><br> **SUPPLEMENTAL NOTICE OF MOTION ON BEHALF OF DEFENDANT, PLAINFIELD TOBACCO AND CANDY CO., INC. d/b/a RESNICK DISTRIBUTORS, TO DISMISS THE AMENDED COMPLAINT FILED BY MOUNTAIN CANDY & CIGAR CO., INC.** |

TO:  Randall M. Fox, Esq.
     KIRBY McINERNEY LLP
     825 Third Avenue, 16th Floor
     New York, New York  10022

     All Counsel on the Attached Service List

#10030136.1(153935.015)

SIR:

**PLEASE TAKE NOTICE** that at 9:00 a.m. on a date to be set by the Court, Defendant, Plainfield Tobacco and Candy Co., Inc. d/b/a Resnick Distributors ("Resnick"), through its attorneys, shall apply to the United States District Court for the Eastern District of New York before the Honorable Kiyo A. Matsumoto, U.S.D.J., in Room 6C South of the United States Courthouse, Brooklyn, New York, for an Order dismissing the Amended Complaint filed against it by Mountain Candy & Cigar Co., Inc., Document No. 38, pursuant to Rule 12(b)(6) for failure to state a claim on which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned will rely upon the Brief of Core-Mark filed in support of its Motion to Dismiss, Document No. 53. A form of Order is also being submitted.

DATED:   September 10, 2018
         Woodbridge, NJ

Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.
Attorneys for Defendant, Plainfield Tobacco and Candy Co., Inc. d/b/a Resnick Distributors

By:   */s/ Marvin J. Brauth*
      MARVIN J. BRAUTH
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095
Telephone:  (732) 855-6084
Facsimile:  (732) 726-6651
E-mail:  mbrauth@wilentz.com

#10030136.1(153935.015)